No. 85–1018. SOUTHLAND NEWS CO., INC. *v.* COUNTY OF WINNEBAGO ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. ▮

No. 85–1201. FORD MOTOR CO. *v.* WALSH ET AL. C. A. D. C. Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 85–1282. IRVING EAR, NOSE, THROAT & ALLERGY CLINIC ET AL. *v.* GROUP HOSPITAL SERVICE, INC., ET AL. C. A. 5th Cir. Motion of respondents for award of damages pursuant to Rule 49.2 denied. Certiorari denied. ▮

No. 85–5375. BLANKS *v.* GEORGIA. Sup. Ct. Ga.;

No. 85–6145. GUZMON *v.* TEXAS. Ct. Crim. App. Tex.;

No. 85–6229. COLLINS *v.* GEORGIA. Super. Ct. Ga., Houston County;

No. 85–6259. CURRY *v.* GEORGIA. Sup. Ct. Ga.;

No. 85–6268. ROMAN *v.* FLORIDA. Sup. Ct. Fla.;

No. 85–6270. LANEY *v.* TENNESSEE. Ct. Crim. App. Tenn.; and

No. 85–6275. JONES *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: No. 85–5375, 254 Ga. 420, 330 S. E. 2d 575; No. 85–6145, 697 S. W. 2d 404; No. 85–6259, 255 Ga. 215, 336 S. E. 2d 762; No. 85–6268, 475 So. 2d 1228; No. 85–6275, 109 Ill. 2d 19, 485 N. E. 2d 363.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–801. MIDLANTIC NATIONAL BANK *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, 474 U. S. 494. Petition for rehearing denied.